UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LAVERANUES COLES

vs.                                                    3:05-cv-281-J-33MCR

ANHEUSER BUSCH, INC.
_____

### ORDER

This matter comes before the Court pursuant to Plaintiff Laveranues Coles' Motion to Reinstate Appeal (Doc. #47), filed on October 10, 2006. On September 18, 2006, the Clerk for the Eleventh Circuit dismissed Coles' appeal for failure to timely pay the docketing and filing fee. Coles, who is proceeding pro se, avers that he has since "paid the fee" and requests that his appeal be reinstated. (Doc. #47.) In essence, Coles requests that the Eleventh Circuit reconsider the dismissal. As such, it appears that Coles intended to file this motion with the Eleventh Circuit, not this Court. Moreover, Coles filed a timely notice of appeal and the "filing of a notice of appeal is an event of jurisdictional significance – it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." Blinco v. Green Tree Servicing, LLC, 366 F.3d 1249, 1251 (11th Cir. 2004)(citing Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982)).

Accordingly, it is now

**ORDERED**, **ADJUDGED**, and **DECREED:**

The Clerk is directed to terminate the motion.  The Clerk is further directed to forward this motion to the Clerk's office for the United States Court of Appeals for the Eleventh Circuit.

**DONE** and **ORDERED** at Jacksonville, Florida, this <u>11th</u> day of October, 2006.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel and Parties of Record